_____

No. 96-2028
_____

Gary Dean Snow,                    *
                                   *
        Plaintiff-Appellant,       *
                                   *
    v.                             *
                                   *
Ronald Welder; Don Lynch,          *   Appeal from the United States
                                   *   District Court for the
        Defendants,                *   Southern District of Iowa.
                                   *
Francis Denner,                    *        [UNPUBLISHED]
                                   *
        Defendant-Appellee,        *
                                   *
Marla Reed,                        *
                                   *
        Defendant.                 *


_____

            Submitted:  July 2, 1996

                Filed:  July 8, 1996
_____

Before BOWMAN, HEANEY, and BEAM, Circuit Judges.
_____

PER CURIAM.

        Gary Dean Snow, an Iowa inmate, appeals the district court's[1] adverse
grant of summary judgment in his 42 U.S.C. § 1983 action.  We have reviewed
the record, and conclude that the district court's judgment was correct.
Affirmed.  See 8th Cir. R. 47A(a).

_____

        [1]The Honorable Charles R. Wolle, Chief Judge, United States
District Court for the Southern District of Iowa.

A true copy.

Attest:

     CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.